UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBRA BOOTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-CV-146-HBG |
| | ) |
| U.S. DEPARTMENT OF VETERAN AFFAIRS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 36].

Now before the Court is a Letter [Doc. 39] filed by the Plaintiff on September 5, 2017. The Plaintiff's Letter states that she apologizes for not attending the Scheduling Conference on August 31, 2017, and explains that the notice informing her of the Scheduling Conference was not received until August 31, 2017. In addition, she states that she contacted the Court on September 1, 2017, and was informed that the trial had been set for December 3, 2017. The Plaintiff requests that the Court allow the December 3, 2017 trial, to proceed.

The Court entered the Scheduling Order in this case on September 5, 2017, setting the trial for December 3, **2018**. Accordingly, the Court declines to grant the Plaintiff's request to allow trial to proceed on December 3, 2017. The Court observes that a copy of the Scheduling Order was mailed to the Plaintiff on September 5, 2017. Upon receipt of the Scheduling Order, the Plaintiff shall review the deadlines in this case, and if there are any issues with the dates therein,

the parties are encouraged to resolve the issues before contacting the Court or filing a motion. However, the parties **SHALL** notify the Court if any of the dates in the Scheduling Order need to be amended.

    **IT IS SO ORDERED**.

                              ENTER:

                              /s/ Bruce Guyton
                              United States Magistrate Judge