UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DEBRA BOOTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-146-HBG |
| | ) | |
| U.S. DEPARTMENT OF VETERAN AFFAIRS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 36].

Now before the Court is Defendant Jefferson City Health and Rehabilitation Center's Renewed Motion to Dismiss Plaintiff's Claims Against Jefferson City Health and Rehabilitation Center [Doc. 26]. The Court observes that Plaintiff, who is proceeding pro se, has not responded to the Motion, and the time for doing so has expired. *See* E.D. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). Accordingly, Plaintiff has until **March 23, 2018**, to file a response to Defendant's Motion. Plaintiff is **ADMONISHED** that the failure to file a response may result in dismissal of this action. Further, the Court **ORDERS** the parties to appear before the undersigned in Knoxville, Tennessee, at the United States District Courthouse (Courtroom 3A) on **March 27, 2018, at 9:30 a.m.**, for a status conference.

    **IT IS SO ORDERED**.

                      ENTER:

                      _____
                      United States Magistrate Judge