UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBRA BOOTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-CV-146-HBG |
| ) | |
| U.S. DEPARTMENT OF VETERAN AFFAIRS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Docs. 36, 69, 78].

Now before the Court is Plaintiff's Pleading Response to Electronic Case Filing [Doc. 85]. In Plaintiff's filing, she states that she tried to register and utilize the Court's Electronic Case Filing ("ECF") system but that she was not able to do so because she is not an attorney.

The Court will construe Plaintiff's filing as a motion for access to ECF. Rule 5 of the ECF Filing Rules and Procedures of this Court provides that "[a] party to an action who is not represented by an attorney may, with the Court's permission, register as a Filing User solely for purposes of that action."[1] Accordingly, the Court finds Plaintiff's request [**Doc. 85**] well taken, and it is **GRANTED**. Plaintiff shall be allowed to access the CM/ECF system, subject to the same terms and conditions that apply to other users. Plaintiff shall complete the online registration form

---

[1] Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, available at the following internet address: http://www.tned.uscourts.gov/local-rules-and-standing-orders.

available at: http://www.tned.uscourts.gov/content/attorney-ecf-registration-form.  If Plaintiff has any issues with registering, she shall contact the Clerk's Office.

**IT IS SO ORDERED.**

                ENTER:

                _____
                United States Magistrate Judge